860 F.2d 1075
 49 Ed. Law Rep. 1158
 Rutgers Council of AAUP Chapters
v.
Bloustein (Edward J.), Pond (T. Alexander), Cole (Susan A.),
Mitchell (Elizabeth), Anderson (Adrienne), Bongiovanni
(Michael), Bragg (Floyd), Cartmell (Pete), Cicatiello
(Anthony), Dickerson (Donald), Perl (Harold), Usry (James),
Wechsler (Walter), Samuels (Norman), Gordon (Walter),
Wheeler (Kenneth), Promotion Review Committee, Rutgers,
State University
 NO. 88-5196
 United States Court of Appeals,
Third Circuit.
 SEP 06, 1988
 
 Appeal From: D.N.J.,
 Thompson, J.
 
 
 1
 AFFIRMED.